IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| IN RE: COPPEDGE, et al., | ) | |
| Debtors. | ) ) ) | |
| JAMES COPPEDGE, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | C.A. No. 19-012 (MN) |
| SPECIALIZED LOAN SERVICING LLC, as servicing agent for Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee, | ) ) ) ) ) | Bankruptcy Case No. 17-12341 (BLS) BAP No. 19-01 |
| Appellee. | ) ) ) | |
| IN RE: COPPEDGE, et al., | ) ) | |
| Debtors. | ) ) ) | |
| JAMES COPPEDGE, | ) ) ) | |
| Appellant, | ) ) | |
| v. | ) ) | C.A. No. 19-013 (MN) |
| SPECIALIZED LOAN SERVICING LLC, as servicing agent for Banc of America Funding Corporation 2007-3, U.S. Bank National Association, as Trustee, | ) ) ) ) ) | Bankruptcy Case No. 17-12341 (BLS) BAP No. 19-02 |
| Appellee. | ) | |

**<u>ORDER</u>**

WHEREAS, on February 12, 2019, Chief Magistrate Judge Mary Pat Thynge issued a Recommendation (D.I 5 in both C.A. Nos. 19-012 and 19-013) recommending that these

matters be withdrawn from the mandatory referral for mediation and proceed through the appellate process of this Court;

WHEREAS, no party filed objections to the Recommendation pursuant to 72(a) of the Federal Rules of Civil Procedure in the prescribed period; and

WHEREAS, the Court does not find the Recommendation to be clearly erroneous or contrary to law.

THEREFORE, IT IS HEREBY ORDERED this 25th day of February 2019 that the Recommendation is ADOPTED and these matters are withdrawn from the mandatory referral for mediation.

IT IS HEREBY FURTHER ORDERED that the following briefing schedule (originally set forth in the Recommendation) shall govern these appeals:

| | |
|---|---|
| Appellant's Opening Brief | March 11, 2019 |
| Appellees Answering Brief | April 15, 2019 |
| Appellant's Reply Brief | May 1, 2019 |

*[signature: Maryellen Noreika]*
The Honorable Maryellen Noreika
United States District Court